AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V

REDACTED

## WARRANT FOR ARREST

CASE NUMBER: ~~06-~~ 10097 RGS
1:07-M-34M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RAYMOND WALKER
Name

and bring him forthwith to the nearest magistrate to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

U.S. MARSHALS SERVICE BOSTON, MA 2007 MAR 29 P 3:37

charging him or her with (brief description of offense)

**being a felon in possession of a firearm, which firearm had previously traveled in interstate commerce;**

in violation of Title 18 United States Code, Section(s) 922(g)(1).

Lea Sartin
Name of Issuing Officer

U.S.
Title of Issuing Officer

Signature of Issuing Officer

Boston 3/29/07
Date and Location

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

07 CR 10097 RGS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO.: |
| v. | ) | |
| | ) | VIOLATIONS: |
| RAYMOND WALKER, | ) | 18 U.S.C. §922(g)(1) - |
| | ) | Felon in Possession of |
| Defendant. | ) | Firearm |

INDICTMENT

COUNT ONE: (Title 18, United States Code, Section 922(g)(1) - Felon in Possession of a Firearm)

The Grand Jury charges that:

On or about October 3, 2006, at North Attleboro, in the District of Massachusetts,

**RAYMOND WALKER,**

defendant herein, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Glock 21 .45 caliber pistol, bearing serial number KEW464, in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

**A TRUE**

For

REDACTED

James P. Dowden
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk

1:55

3/28/07

JS 45 (5/97) - (Revised USAC MA 1/15/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts **Category No.** II **Investigating Agency** ATF

**City** North Attleborough **Related Case Information:** 07 CR 10097 RGS

**County** Bristol

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number ______
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Raymond Walker Juvenile ☐ Yes ☒ No

Alias Name ______

Address ______

Birth date (Y Race: Black Nationality: USA

**Defense Cou** **REDACTED** **Address:** ______

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** James Dowden **Bar Number if applicable** ______

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ______

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** 3/31/07

☐ **Already in Federal Custody as** ______ **in** ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 3/28/07 **Signature of AUSA:** [signature]

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** ____________

**Name of Defendant** Raymond Walker 07 CR 10097 RGS

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

3/28 - allowed - ut Sorokin

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. |
| | ) |
| v. | ) |
| | ) |
| RAYMOND WALKER, | ) |
| Defendant. | ) |

MOTION TO SEAL AND UNSEAL

The United States of America respectfully moves this Court to seal the Indictment dated March 28, 2007, in the above-captioned matter, as well as any related arrest warrant. In support of this motion, the government states that the public disclosure of this Indictment or of the arrest warrant at this time could jeopardize the anticipated arrest of the defendant named therein. The government further moves this Court to unseal the Indictment and arrest warrant after the defendant is arrested.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: ______________________
James P. Dowden
Assistant U.S. Attorney

Dated: March 28, 2007

# MEMORANDUM

SEALED

DATE: March 28- 2007

TO: Courtroom Clerk for Judge Stearns

and Magistrate Judge Sorokin

**FROM: Francis B. Dello Russo, Property & Procurement Manager**

SUBJECT: Assignment of New Indictment / Information

(Superseding if checked______ )

Please be advised that the following indictment / information was returned / filed and has been assigned / referred to you.

Criminal No. 07 CR 10097 RGS

UNITED STATES OF AMERICA vs. Walter

X This INDICTMENT / INFORMATION is SEALED. The original file and copies will be maintained under seal until requested or retrieved.

____ This INDICTMENT / INFORMATION is not sealed. The original file will be forwarded to the courtroom clerk for ____________ upon completion of case opening. A copy of the indictment / information is attached for your information.

COPY FOR:

- ☐ CASE OPENING CLERK
- ☐ DISTRICT JUDGE COURTROOM CLERK
- ☐ MAG. JUDGE COURTROOM CLERK
- ☐ ASSISTANT U.S. ATTORNEY
- ☐ PRETRIAL SERVICES
- ☐ COUNTER / PRESS FOLDER

..ED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ORDER OF REFERENCE**

Check if previously referred

UNITED STATES OF AMERICA

07 CR 10097 RGS

Walker

CA/CR No. ______

Criminal Category II

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Sorokin for the following proceedings:

(A) Referred for full pretrial case management, including all dispositive motions.

(B) Referred for full pretrial case management, not including dispositive motions:

(C) Referred for discovery purposes only.

(D) Referred for Report and Recommendation on:

( ) Motion(s) for injunctive relief
( ) Motion(s) for judgment on the pleadings
( ) Motion(s) for summary judgment
( ) Motion(s) to permit maintenance of a class action
( ) Motion(s) to suppress evidence
( ) Motion(s) to dismiss
( ) Post Conviction Proceedings[1]
See Documents Numbered: ______

(E) Case referred for events only. See Doc. No(s). ______

(F) Case referred for settlement.

(G) Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
( ) In accordance with Rule 53, F.R.Civ.P.
( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H) Special Instructions: Pre-Trial Proceedings

3/28/07
Date

By: Francis B. Dello Russo
Deputy Clerk

(MJ referral - general cr.wpd - 05/2003)