IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Misc. No. 07-M-34M |
| | ) | |
| RAYMOND WALKER | ) | |

**ORDER OF REMOVAL**

Defendant, RAYMOND WALKER, having appeared before me on this 30th day of March, 2007, and having waived his right to an identity hearing pursuant to Rule 40, Federal Rules of Criminal Procedure, it is hereby

ORDERED

that defendant, RAYMOND WALKER, is detained and is remanded to the custody of the United States Marshal for transfer to the District of Massachusetts.

BY ORDER:

DEPUTY CLERK

ENTER:

DAVID L. MARTIN
United States Magistrate Judge

DATE: 3-30-07